THE RANDALL FRIM, PLLC  
Neal S. Randall, *Idaho Bar No. 5829*  
*Attorney for Defendant*  
P.O. Box 50800  
Idaho Falls, ID 83405  
Phone: (208) 542-0414  
Toll Free Fax: 1-866-769-3817  

*Attorney for Defendant*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL SMITH<br><br>          Defendant. | Case No. 4:16-cr-00284-BLW<br><br>MOTION TO CONTINUE SENTENCING |

      COMES NOW the Defendant, Michael Smith by and through his attorney Neal S. Randall of The Randall Firm, PLLC, and hereby moves the Court for an Order to Continue Sentencing in this matter. This motion is made by and for the following reasons: the Defendant has been unable to complete the psychosexual evaluation that was contemplated by the plea agreement in this matter. Defense counsel has been in contact with three providers who have been unable to conduct the necessary tests at the Jefferson County jail where the defendant is housed. However, it is expected that a provider can be found who will perform the examinations.

      Counsel for Defendant requests an additional 60 days in order to obtain the evaluation. The Government has indicated that it does not oppose a continuance in the matter.

      Dated this 20th day of APRIL, 2017.

      /s/ NEAL S. RANDALL  
      _____  
      NEAL S. RANDALL  
      Attorney for Defendant

MOTION TO CONTINUE SENTENCING - 1

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 20th day of April, 2017, I served a true and correct copy of foregoing MOTION TO CONTINUE on the party listed below, by FEDERAL ECF system.

                  _____/s/___Neal Randall_____

**PARTIES SERVED:**       **SERVICE TYPE:**

ANN T. WICK         ❏Hand Delivery
Assistant U.S. Attorney        Facsimile Transmission
801 Sherman, Suite 192        Courthouse Box
Pocatello, ID 83201         X Email
Ann.wick@usdoj.gov